1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 | E. N.,

| Case No.  26-cv-00205-RFL

8 |       Plaintiff,

9 |    v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

10 | UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al.,

11

12 |       Defendants.

13

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the

14 Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-

15 06580-YGR *A.L. v. United States*.

16       **IT IS SO ORDERED.**

17 Dated: January 12, 2026

18 _____

19 RITA F. LIN
United States District Judge

20

21

22

23

24

25

26

27

28